JON M. SANDS
Federal Public Defender
ÁNGELES RODRÍGUEZ-MADERA
Assistant Federal Public Defender
Puerto Rico Bar No. 20912
*Angeles_Rodriguez-Madera@fd.org*
MATEI TARAIL
Assistant Federal Public Defenders
State Bar No. 024566
matei_tarail@fd.org
407 W. Congress St., Suite 501
Tucson, AZ  85701
Telephone: (520) 879-7500
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| United States of America, | CR-22-01917-TUC-JCH(BGM) |
|---|---|
| Plaintiff, | |
| v. | RESPONSE TO GOVERNMENT'S NOTICE OF CONFESSIONS, ADMISSIONS AND STATEMENTS |
| James Mark Tuohy, | (ECF DOC. 56) |
| Defendant. | |

The government has provided notice of their intent to introduce Mr. Tuohy's confessions, admissions, and statements under LRCrim. 16.1(a).

Rule 16.1 states that the "United States shall give written notice to the Defendant… of 'any and all written or oral confessions, admissions, or statements… the government intends to use during the course of the trial". The Government's notice fails to indicate what specific portions of the statements he made to ATF agents it wishes to introduce.

Any statements that the government would seek to introduce are subject to the limitations of the Federal Rules of Evidence. Much of Mr. Tuohy's post-arrest statement to

ATF agents is not admissible under a hearsay exception, is irrelevant under Rule 401, or is inadmissible under Rule 403. The defense objects to the Government's request, which, absent identifying admissible portions of the post-arrest statement, would seek to admit the statement in full. Considering the Government's failure to comply with the Local Rule, the Court should deny its request.

RESPECTFULLY SUBMITTED:   July 24, 2023

JON M. SANDS
Federal Public Defender

*s/Ángeles Rodríguez-Madera & Matei Tarail*
ÁNGELES RODRÍGUEZ &
MATEI TARAIL
Assistant Federal Public Defenders