**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Bruce G. Macdonald | **Date:** August 10, 2023 |
| **USA v. James Mark Tuohy** | **Case Number:** CR-22-01917-001-TUC-JCH (BGM) |

**Assistant U.S. Attorney:** Matthew Donovan Doyle & Liza Granoff
**Attorney for Defendant:** Matei Tarail & Angelese Rodriguez, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☐ Present  ☒ Not Present   ☐ Released   ☒ Custody  ☐ Summons  ☐ Writ

**PRETRIAL STATUS CONFERENCE: (Attorney only hearing; defendant's presence not required.)**

This case was filed on 9/1/2022 via Indictment.
The plea deadline is 9/1/2023.
    Ms. Granoff states a plea offer was extended and rejected. Therefore, that offer is withdrawn.
After five continuances, the trial is currently scheduled for 9/19/2023.
    All parties confirm they will be ready to go to trial on that date.

Discovery and Pretrial Motion deadlines have passed.
    Ms. Granoff believes there to be no issues, only possible rebuttal information forthcoming.

The Court confirms the Motions hearing currently scheduled before Judge Hinderaker for 8/29/2023 @ 9:00 am, to address documents, [64], [65] and [66].

Discussion held as to Government's Motion to Strike [70] currently scheduled before Judge Macdonald on 9/5/2023. With the parties belief that the Motion to Strike will probably be addressed as a Motion in Limine, the Government's Motion to Strike, document [70] is denied with leave to re-file. The Motion Hearing set for 9/5/2023 before Judge Macdonald is VACATED.

Per Judge Hinderaker's chambers a Status Conference re trial is now set for next Tuesday, 8/15/2023 @ 9:00 am before Judge Hinderaker.  All parties are to be present including the defendant. Ms. Granoff has permission to appear by phone. Ms. Rodriguez will be present on behalf of the Federal Public Defender's Office.

**Recorded By** Courtsmart          **PTSC 18 min**
**Deputy Clerk** Beth Harper

        **Start:  10:57 am**
        **Stop:   11:15 am**