GARY M. RESTAINO
United States Attorney
District of Arizona
LIZA M. GRANOFF
Florida Bar No.: 0159433
MATTHEW D. DOYLE
Arizona State Bar No. 036235
Assistant United States Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: liza.granoff@usdoj.gov
Email: matthew.doyle@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> James Mark Tuohy, <br><br> Defendant. | CR-22-1917-TUC-JCH-BGM <br><br> PARTIES' JOINT REQUEST FOR FIRM TRIAL DATE |

The parties hereby give notice that they are ready to proceed to trial on the above-captioned matter and will be ready on the current trial date of September 19, 2023. If the Court is unavailable on that date, we respectfully request a firm trial date for this matter.

Respectfully submitted this 10th day of August 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Liza M. Granoff*

LIZA M. GRANOFF
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 10th day of August 2023, to:

All ECF recipients